No. 71, Misc.   EX PARTE COGDELL ET AL.   Motion for leave to file petition for writ of mandamus granted.   A

rule is ordered to issue, returnable within thirty days, requiring the respondents to show cause why the petition for writ of mandamus should not be granted. *George E. C. Hayes, James M. Nabrit, Jr.* and *George M. Johnson* for petitioners. *Vernon E. West, Chester H. Gray* and *Milton D. Korman* for McGuire et al., respondents.